## LINER v. BROWN

No. 611PA94

Case below: 117 N.C.App. 44

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995. Petition by defendants for a writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 9 February 1995.

## NAILING v. UNC-CH

No. 12P95

Case below: 9315SC1299 20 December 94

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## NATIONWIDE MUTUAL INS. CO. v. MABE

No. 312PA94

Case below: 115 N.C.App. 193

Petition by third-party defendant (NC Farm Bureau) for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 9 February 1995.

## NICHOLSON v. KILLENS

No. 497P94

Case below: 115 N.C.App. 552

338 N.C. 312

Petition by Attorney General for writ of supersedeas denied and stay dissolved 9 February 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

## PATTERSON v. AT & T TECHNOLOGIES

No. 595P94

Case below: 116 N.C.App. 737

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.